**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6096**

FREDERICK HAMILTON BANKS,

                    Petitioner - Appellant,

          v.

UNITED STATES ATTORNEY; COUNSELOR JACKSON; BRUCE PEARSON;
HARLEY   LAPPIN;  LARRY  RANDLE;  CONSTANCE  REESE;  CHAPLAIN
HOLSTEN; CHAPLAIN WILLIAMS; CORRECTIONAL OFFICER JOHNSON;
JERRY  BARBER,  Correctional  Officer;  GERALD  BRATCHER;
MCCUTCHON; SOUTHERLAND; KATHERYN LAWSON, Doctor; CHRISTOPHER
CURRY; MILDRED GREER; EDEN WHITE; COUNSELOR GRIFFEN; CAMERON
LINDSEY; MARC RENDA; ART ROBERTS; JULIE NICKLIN; WALTER
HARRIS; D. GREEN; DENISE BREWER; PATRICIA R. STANSBERRY;
CHAPLAIN ZICKEFOOSE; CHAPLAIN ROBINSON,

                    Respondents – Appellees.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  North  Carolina,  at  Raleigh.    Terrence  W.  Boyle,
District Judge.  (5:08-hc-02117-BO)

Submitted:  August 20, 2009        Decided:  October 14, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frederick Hamilton Banks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Hamilton Banks appeals the district court's order denying his petition for writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Banks v. United States Attorney, No. 5:08-hc-02117-BO (E.D.N.C. Dec. 31, 2008). Although we grant leave to proceed in forma pauperis, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED